# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHILLON R. SINGH and KERN LERDO NUTS, Inc., <br><br>Plaintiffs, <br><br>v. <br><br>HANCOCK NATURAL RESOURCES GROUP, INC., *et al.*, <br><br>Defendants. | CASE NO. 1:15-CV-01435-LJO-JLT <br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR RELIEF FROM JUDGMENT AND VACATING APRIL 11, 2016 HEARING <br><br>(Doc. 24) |

Plaintiffs Dhillon R. Singh and Kern Lerdo Nuts, Inc. ("Plaintiffs") have moved pursuant to Federal Rule of Civil Procedure 60(b) ("Rule 60(b)") for relief) from the Court's March 3, 2016 Order granting Defendants' unopposed motions to dismiss their complaint for lack of jurisdiction. Doc. 24. According to their Motion, Plaintiffs failed to file a timely response to Defendants' motions because on or around the beginning of February 2016, their previous attorney notified them that he had suffered a heart attack and could no longer represent them in these proceedings. *Id.*, at 4. Plaintiffs were unable to retain a new attorney prior to the filing deadline of February 14, 2016. *Id.*, at 5. Defendants do not oppose this Motion. Docs. 26-27.

Under Rule 60(b), the Court may relieve a party from a final judgment or order because of mistake, inadvertence, surprise, excusable neglect, or "any other reason that justifies relief." The Court finds that Plaintiffs have established such grounds for relief from the Court's March 3, 2016 Order.

## CONCLUSION AND ORDERS

Accordingly, it is **ORDERED** as follows:

1. Plaintiffs' Motion for Relief from Judgment (Doc. 24) is **GRANTED**. The Clerk of the Court is directed to **VACATE** the Court's March 3, 2016 Judgment and Order granting Defendants' motions to dismiss and **REOPEN** the case so that Plaintiffs may file an amended complaint. The amended complaint is due no later than seven (7) days from the date this Order is filed.
2. The hearing on Plaintiffs' motion, currently set for April 11, 2016 at 8:30 am, is **VACATED**.

IT IS SO ORDERED.

Dated:   **March 31, 2016**              /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE