# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHILLON SINGH, et al., | Case No.: 1:15-cv-01435 LJO JLT |
| Plaintiffs, | ORDER TO PLANITIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO APPEAR AT THE MANDATORY SCHEDULING CONFERENCE |
| v. | |
| HANCOCK NATURAL RESOURCES GROUP, INC., et al., | |
| Defendants. | |

On July 25, 2016, the Court held the mandatory scheduling conference. (Doc. 34)  Neither the plaintiffs nor their counsel, Mr. Schoenberg, appeared. Id.

At the onset of this case, the Court ordered:

> Attendance at the Scheduling Conference is mandatory upon each party not represented by counsel or, alternatively, by retained counsel. Only counsel who are thoroughly familiar with the facts and the law of the instant case, and who have full authority to bind his or her client, shall appear. Trial counsel should participate in this Scheduling Conference whenever possible. It may be necessary for counsel to spend as much as 45 minutes in this Conference.

(Doc. 2 at 2)  Counsel participated in developing a joint scheduling statement but, inexplicably, failed to appear at the conference.  Thus, the Court **ORDERS:**

///

///

///

1

No later than August 13, 2016, plaintiffs and their counsel SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders.

IT IS SO ORDERED.

Dated: **July 26, 2016**               **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

2