# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHILLON SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HANCOCK NATURAL RESOURCES GROUP, INC., et al., <br><br> Defendants. | Case No.: 1:15-cv-01435 LJO JLT <br><br> ORDER DISCHARGING THE ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED <br> (Doc. 38) |

On July 25, 2016, the Court held the mandatory scheduling conference. (Doc. 34) Neither the plaintiffs nor their counsel, Mr. Jorgensen, appeared. Id. The Court ordered Mr. Jorgenson to show cause why sanctions should not be imposed for his failure to appear at the conference. (Doc. 38) He responded and explained that due to a mistake, the conference was not calendared. (Doc. 39) Thus, the order to show cause is **DISCHARGED.**

IT IS SO ORDERED.

Dated:   **August 3, 2016**                    /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE